```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

KATHRYN FRENCH, ET AL                        CIVIL ACTION

VERSUS                                       NO: 06-8251

ALLSTATE INDEMNITY COMPANY                   SECTION: "J" (1)
```

**ORDER**

Before the Court is plaintiffs' **Objections to Magistrate Discovery Ruling (Rec. Doc. 130)**. This motion, which is opposed, was set for hearing on October 29, 2008 on the briefs. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that plaintiffs' motion should be denied.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a motion the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard, a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed." United States v. United States Gypsum Co., 333 U.S. 364, 395 (1948).

After reviewing the case, the magistrate judge's order, and the arguments of the parties the Court finds that no such mistake

has been made in the magistrate judge's Order (Rec. Doc. 129). The plaintiffs have provided no factual or legal basis to support a contention that the magistrate judge's decision was clear error.  Rather, the magistrate judge correctly found that plaintiffs' discovery requests are not relevant to this case. Accordingly,

**IT IS ORDERED** that plaintiffs' **Objections to Magistrate Discovery Ruling (Rec. Doc. 130)** is hereby **DENIED**.

New Orleans, Louisiana this 4th day of November, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE